AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA and MICHAEL HINGSON<br><br>*Plaintiff(s)*<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>*Defendant(s)* | Civil Action No.  3:14-cv-4086 NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Uber Technologies, Inc.
　　　　　　　　　　　　　　　　　405 Howard Street, Suite 550
　　　　　　　　　　　　　　　　　San Francisco, CA 94105-2999

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　　　　　　Michael Nunez
　　　　　　　　　　　　　　Disability Rights Advocates
　　　　　　　　　　　　　　2001 Center Street, Fourth Floor
　　　　　　　　　　　　　　Berkeley, CA 94704

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Richard W. Wieking*

Date: 　09/11/2014　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*