| | |
|---|---|
| Michael Nunez, Bar No: 280535 | (510) 665-8644 |
| Disability Rights Advocates | |
| 2001 Center Street | |
| Berkley, CA 94702 | |

Representing: Plaintiff          File No.489

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| National Federation of the Blind of California | Case No: 3:14-cv-04086 |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | See Attached List |
| Uber Technologies, Inc. | **By Fax** |
| Defendant/Respondent | |
| | Service on: |
| | Uber Technologies, Inc. |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

OL# 7361091

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Michael Nunez, 280535<br>Disability Rights Advocates<br>2001 Center Street<br>Berkley, CA 94702 | TELEPHONE NO.: (510) 665-8644 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 489 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
National Federation of the Blind of California

DEFENDANT:
Uber Technologies, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 3:14-cv-04086 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
See Attached List

**By Fax**

2. Party Served:   Uber Technologies, Inc.

3. Person Served:   National Registered Agents - Jan Lapinid - Person authorized to accept service of process

4. Date & Time of Delivery:   9/24/2014   2:30 PM

5. Address, City and State:   818 W. Seventh Street
Los Angeles, CA 90017

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 37.95

Registered California process server.
County: LOS ANGELES
Registration No.: 4553

Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 9/25/2014 at Los Angeles, California.

Signature: _____
Jimmy Lizama

OL# 7361091

Attached List

Summons In A Civil Action;

Complaint For Violations Of The Americans With Disabilities Act, 42 U.S.C. 12101 et seq., The California Unruh Civil Rights Act, Cal. CIV. CODE 51 & 52, And The California Disabled Persons ACT, Cal. CIV CODE 54-54.3;

Civil Case Cover Sheet;

Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & III;

Filing Procedures (San Francisco);

General Order No. 56 - Americans With Disabilities Act Access Litigation;

Civil Standing Order Magistrate Judge Nathanael M. Cousins;

Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;

(Blank) Consent Or Delination To Magisrate Judge Jurisdiction;

ECF Registration Information;

Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

# ONE LEGAL LLC

**CONFIRMATION For Process Serving**



This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: 7361091 | DATE: 9/25/2014 |
|---|---|
| **Customer:** Disability Rights Advocates | **Attorney:** Michael Nunez |
| **Customer No.:** 0085381 | **Attorney e-mail:** mnunez@dralegal.org |
| **Address:** 2001 Center Street, Fourth Floor, Berkley, CA 94702 | **Contact:** Rachel Smith |
|  | **Contact e-mail:** rsmith@dralegal.org |
|  | **Contact Phone:** (510) 665-8644 |
|  | **Contact Fax:** (510) 665-8644 |
|  | **Law Firm File No.:** 489 |

**CASE INFORMATION:**

- **Case Number:** 3:14-cv-04086
- **County:** San Francisco
- **Court:** Northern District of California - District - San Francisco
- **Case Short Title:** National Federation of the Blind of California vs. Uber Technologies, Inc.

**DOCUMENTS RECEIVED:**   No. Docs: 10   No. Pgs: 58

See Attached List

**Party to Serve:** Uber Technologies, Inc.    **Service Address:** 818 W. Seventh Street, Los Angeles, CA 90017

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 37.95 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** Total: | 37.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2.303. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:

Customer Support | Phone: 1-800-938-8815

Thank you for choosing One Legal for your process serving needs.