1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
3  EMILY E. O'CONNOR, Bar No. 279400
   eoconnor@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:   415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendant
8  UBER TECHNOLOGIES, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

13  NATIONAL FEDERATION OF THE          Case No.  3:14-cv-04086-NC
    BLIND OF CALIFORNIA and MICHAEL
    HINGSON,                            **STIPULATION TO EXTEND TIME FOR
14                                      DEFENDANT UBER TECHNOLOGIES,
                 Plaintiffs,            INC. TO FILE A RESPONSIVE
15                                      PLEADING**
         v.
16
    UBER TECHNOLOGIES, INC.,            Trial Date:  None set.
17                                      Complaint Filed:  September 9, 2014
                 Defendant.
18

---

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JT. STIP TO EXTEND TIME FOR DEF TO
FILE A RESPONSIVE PLEADING

Case No. 3:14-cv-04086-NC

IT IS HEREBY STIPULATED by and between Plaintiffs NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA and MICHAEL HINGSON ("Plaintiffs") and Defendant UBER TECHNOLOGIES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, that the deadline for Defendant to file a responsive pleading be continued by one week from October 15, 2014 to October 22, 2014.  This stipulation does not alter the date of any event or deadline already fixed by Court order.

Dated: October 9, 2014

/s/ Emily E. O'Connor
JOHN C. FISH, Jr.
ANDREW M. SPURCHISE
EMILY E. O'CONNOR
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: October 9, 2014

/s/ Michael Nunez
LAURENCE PARADIS
MICHAEL NUNEZ
DISABILITY RIGHTS ADVOCATES
Attorneys for Plaintiffs
NATIONAL FEDERATION OF THE BLIND
OF CALIFORNIA and MICHAEL HINGSON

Firmwide:129428593.1 073208.1034

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

JT. STIP TO EXTEND TIME FOR DEF TO FILE A RESPONSIVE PLEADING

Case No. 3:14-cv-04086-NC