JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA and MICHAEL HINGSON,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  3:14-cv-04086-NC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UBER TECHNOLOGIES, MOTION TO DISMISS**<br><br>**[F.R.C.P. 12(b)(1) and 12(b)(6)]**<br><br>Date:        December 3, 2014<br>Time:       1:00 p.m.<br>Location:  Courtroom: A, 15th Floor<br>                 San Francisco Federal Courthouse<br><br>Trial Date: None set.<br>Complaint Filed: September 9, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING
DEF'S MOTION TO DISMISS

Case No. 3:14-cv-04086-NC

Defendant Uber Technologies, Inc.'s Motion to Dismiss came on for hearing on December 3, 2014 at 1:00 p.m. Andrew M. Spurchise of Littler Mendelson, P.C. appeared on behalf of Defendant Uber Technologies, Inc. Laurence Paradis and Michael Nunez of Disability Rights Advocates appeared on behalf of Plaintiffs National Federation of the Blind of California and Michael Hingson. Having considered all of the papers filed by the parties and the oral argument on the motion, the Court finds as follows:

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss is GRANTED.

**IT IS SO ORDERED.**

DATED: _____                     _____
                                                                            MAGISTRATE JUDGE NATHANAEL COUSINS

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS    2.    Case No. 3:14-cv-04086-NC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
DEF'S MOTION TO DISMISS

Case No. 3:14-cv-04086-NC