1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
3  EMILY E. O'CONNOR, Bar No. 279400
   eoconnor@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:     415.433.1940
   Facsimile:     415.399.8490
7
   Attorneys for Defendant
8  UBER TECHNOLOGIES, INC.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  NATIONAL FEDERATION OF THE          Case No.  3:14-cv-04086-NC
    BLIND OF CALIFORNIA and MICHAEL
14  HINGSON,                            **DEFENDANT UBER TECHNOLOGIES,**
                                        **INC.'S CERTIFICATION OF**
15              Plaintiffs,             **INTERESTED ENTITIES OR PERSONS**

16        v.

17  UBER TECHNOLOGIES, INC.,            Trial Date:  None set.
                                        Complaint Filed:  September 9, 2014
18              Defendant.

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Case No. 3:14-cv-04086-NC

1

2          Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the named parties to

3   this action, there are no persons, associations of person, firms, partnerships, corporations (including

4   parent corporations) or other entities that (i) have a financial interest in the subject matter in

5   controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in

6   a party that could be substantially affected by the outcome of the proceeding.

7

8   Dated: October 23, 2014

9

10                                              /s/ Andrew M. Spurchise
                                                ANDREW M. SPURCHISE
11                                              LITTLER MENDELSON, P.C.
                                                Attorneys for Defendant
12                                              UBER TECHNOLOGIES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Firmwide:129641774.2 073208.1034

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CERTIFICATION OF                    1.                    Case No. 3:14-cv-04086-NC
INTERESTED ENTITIES OR PERSONS