JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:	415.433.1940
Facsimile:	415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA and MICHAEL HINGSON,<br><br>           Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>           Defendant. | Case No.  3:14-cv-04086-NC<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Trial Date:  None set.<br>Complaint Filed:  September 9, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEF'S CORPORATE DISCLOSURE STATEMENT

Case No. 3:14-cv-04086-NC

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Uber Technologies, Inc. makes the following corporate disclosures: Uber Technologies, Inc. is privately held corporation. It is not a subsidiary of any entity, and no publicly held corporation owns ten percent or more of its stock.

Dated: October 23, 2014

*/s/ Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Firmwide:129641722.1 073208.1034

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEF'S CORPORATE DISCLOSURE STATEMENT     1.     Case No. 3:14-cv-04086-NC