**United States District Court**
For the Northern District of California

1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6   NATIONAL FEDERATION OF THE          Case No.  3:14-cv-04036 NC
    BLIND OF CALIFORNIA, et al.,

7
                  Plaintiffs,
8          v.                                  NOTICE REGARDING CONSENT TO
                                               JURISDICTION OF UNITED STATES
9   UBER TECHNOLOGIES, INC.,                   MAGISTRATE JUDGE

10
                  Defendant.
11  _____/

12          TO ALL PARTIES AND COUNSEL OF RECORD:

13          The complaint in the above-entitled action was filed on September 9, 2014.  Pursuant to

14  General Order 44, this case has been assigned to Magistrate Judge Nathanael Cousins  to

15  conduct all further proceedings and to order the entry of final judgment upon the consent of all

16  parties in the case.  A signed consent to the jurisdiction of the Magistrate Judge must be filed by

17  all parties before Magistrate Judge Cousins can consider the merits of the case or any substantive

18  motion filed by any party.

19          Defendant has filed a motion to dismiss, which has been noticed for hearing on

20  December 3, 2014 at 1:00 p.m. Accordingly, defendant is instructed to sign and file the attached

21  form no later than October 30, 2014, indicating whether they consent to the jurisdiction of the

22  Magistrate Judge in this matter or request reassignment to a District Court Judge.

23

24  Dated: October 24, 2014

25                                             Richard W. Wieking, Clerk

26                                             _____

27                                             By:  Lili M. Harrell, Deputy Clerk

28