1  LAURENCE PARADIS (CA BAR NO. 122336)
   MICHAEL NUNEZ (CA BAR NO. 280535)
2  Disability Rights Advocates
   2001 Center Street, Fourth Floor
3  Berkeley, California 94704-1204
   Telephone:  (510) 665-8644
4  Facsimile:  (510) 665-8511
   TTY:        (510) 665-8716
5  Email:      lparadis@dralegal.org
   Email:      mnunez@dralegal.org
6
   TIMOTHY ELDER (CA BAR NO. 277152)
7  TRE Legal Practice
   4226 Castanos Street
8  Fremont, CA 94536
   Telephone:  (410) 415-3493
9  Facsimile:  (888) 718-0617

10 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA and MICHAEL HINGSON,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No. 3:14-cv-4086 NC**<br><br>**DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO SET SCHEDULE FOR FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

I, Michael Nunez, declare:

1. I am an attorney at law duly licensed to practice before this Court, and I am counsel of record for Plaintiffs in the above-captioned case.

2. Plaintiffs filed their Complaint in this action on September 9, 2014 and served it upon Defendant on September 24, 2014. Defendant filed its Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 9) on October 22, 2014.

3. The parties have modified time once before in this case, when they stipulated to a one-week extension of time for Defendant to file its response to Plaintiffs' Complaint (Dkt. No. 8).

4. Plaintiffs will file Plaintiffs' First Amended Complaint by November 12, 2014, which is within 21 days after service of Defendant's Motion to Dismiss, as permitted by Federal Rule of Civil Procedure 15. The Parties have conferred and, to effectuate efficient litigation of this action, have agreed to a schedule for the filing of Plaintiffs' First Amended Complaint, Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, and opposition and reply papers thereto.

5. The parties' proposed stipulated schedule will promote efficient litigation of this action, by ensuring that the parties do not expend additional time litigating Defendant's pending Motion to Dismiss (Dkt. No. 9), which relates to Plaintiffs' original Complaint, and by providing Defendant with adequate time to prepare and file a response to Plaintiffs' First Amended Complaint, including a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b).

6. The proposed stipulated schedule clarifies the schedule that the parties will follow in light of the planned filing of Plaintiffs' First Amended Complaint. The proposed schedule may advance the litigation more quickly by avoiding supplemental briefing or additional hearings that may result if the parties continue to litigate Defendant's Motion to Dismiss Plaintiffs' original Complaint after Plaintiffs file Plaintiffs' First Amended Complaint. At most, the schedule will delay litigation of Defendant's Motion to Dismiss by a few weeks.

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
**Case No. 3:14-CV-4086**
**DECLARATION OF MICHAEL NUNEZ**

1  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration
2  was executed on November 3, 2014, in Berkeley, California.
3  DATED: November 3, 2014

                                                              /s/
                                           Michael Nunez

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
**Case No. 3:14-CV-4086**
**DECLARATION OF MICHAEL NUNEZ**