LAURENCE PARADIS (CA BAR NO. 122336)
MICHAEL NUNEZ (CA BAR NO. 280535)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       lparadis@dralegal.org
Email:       mnunez@dralegal.org

TIMOTHY ELDER (CA BAR NO. 277152)
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:   (410) 415-3493
Facsimile:   (888) 718-0617

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA and MICHAEL HINGSON,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | **Case No. 3:14-cv-4086 NC**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: September 9, 2014 |

1  Pursuant to Civil L. R. 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation to set forth the schedule regarding the filing of Plaintiffs' First Amended Complaint, the filing of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, and the schedule for briefing Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, in the above-captioned litigation.

Plaintiffs filed their Complaint in this action on September 9, 2014. Defendant filed its Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 9) on October 22, 2014, within the extended deadline stipulated to by the parties.

Plaintiffs will file an Amended Complaint within 21 days after service of Defendant's Motion to Dismiss, as permitted by Federal Rule of Civil Procedure 15. The Parties have conferred and, to effectuate efficient litigation of this action, have agreed to a schedule for the filing of Plaintiffs' First Amended Complaint, Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, and opposition and reply papers thereto.

Thus, the parties agree to and stipulate to the following:

1. Defendant withdraws its pending Motion to Dismiss (Dkt. No. 9) without prejudice as to any and all procedural and/or substantive challenges it may have as to Plaintiffs' First Amended Complaint, and the Court shall remove the Motion from the Court's calendar;

2. Plaintiffs shall file their First Amended Complaint on or before November 12, 2014;

3. Defendant shall file any motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b) or other permitted procedural motion responding to Plaintiffs' First Amended Complaint within 21 days of the date on which Plaintiffs file their First Amended Complaint;

4. If Defendant files a motion to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b), the parties shall comply with the motion briefing schedule set forth in Civil Local Rule 7-3; and

5. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint shall be heard by the Court on or after February 4, 2014.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
**Case No. 3:14-CV-4086**
**JOINT STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS THE AMENDED COMPLAINT**

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 3, 2014     LITTLER MENDELSON P.C.

By: _____/s/_____
EMILY E. O'CONNOR
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: November 3, 2014     DISABILITY RIGHTS ADVOCATES

By: _____/s/_____
MICHAEL NUNEZ
Attorneys for Plaintiffs
NATIONAL FEDERATION OF THE BLIND OF
CALIFORNIA and MICHAEL HINGSON

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Michael S. Nunez, attest that concurrence in the filing of this document has been obtained.

_____/s/_____
Michael S. Nunez

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
**Case No. 3:14-CV-4086**
**JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO SET SCHEDULE FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS THE AMENDED COMPLAINT**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**



*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
**Case No. 3:14-CV-4086**
**JOINT STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS THE AMENDED COMPLAINT**