AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON and MICHAEL PEDERSEN, <br><br> *Plaintiff(s)* <br><br> v. <br><br> UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   3:14-cv-4086-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rasier-CA, LLC
182 Howard Street, #8
San Francisco, CA 94105

Rasier, LLC
182 Howard Street, #8
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Nunez
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, CA 94704

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: _____11/13/2014_____

_____
*Signature of Clerk or Deputy Clerk*