AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-CV-04086-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rasier, LLC

was received by me on *(date)*   11/13/2014   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I left the summons with Olivia Azevedo, Legal Secretary, who stated she was authorized to accept service for Rasier, LLC, at 10:10 AM, on 11/14/2014, at Littler Mendelson, 650 California St., 20th Fl., San Francisco, CA 94108

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:   11/14/2014

*Server's signature*

Gregory B. King, Reg. No. 1206, Co. of San Francisco
*Printed name and title*

Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
See attached for list of documents served

## PROOF OF SERVICE BY MAIL

<u>National Federation of the Blind of California, et al. v Uber Technologies, Inc., et al.</u>
<u>USDC Northern District of California Case No. 3:14-cv-04086 NC</u>

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, in San Francisco, California.

On November 14, 2014, I personally placed a true and exact copy of:

1. First Amended Complaint (0017)
2. Civil Cover Sheet (0001-1)
3. Summons (0019)
4. Scheduling Order (0005)
5. Order Granting Stipulation (0016)
6. Judge Nathanael Cousins Civil Standing Order
7. Filing Procedures for Northern District of CA/San Francisco
8. ECF Registration Information
9. Notice of Assignment to a Magistrate Judge and Election Form
10. Consenting to Magistrate Judge Brochure
11. General Order 56

In an envelope, for service via first class mail, with proper postage fully prepaid, and by depositing said envelope in the US Postal Service in San Francisco, CA sealed and addressed as follows:

Rasier, LLC
Rasier-CA, LLC
c/o
Andrew M. Spurchise, Esq.
Emily E. O'Connor, Esq.
Littler Mendelson, P.C.
650 California St., 20th Fl.
San Francisco, CA 94108

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on:

Date: November 14, 2014

Signed: _____
Jennifer Hickey