JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, AND RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC,<br><br>Defendants. | Case No.  3:14-cv-04086-NC<br><br>**DEFENDANTS RASIER, LLC AND RASIER-CA, LLC'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE NATHANAEL COUSINS**<br><br>Trial Date: None set.<br>Complaint Filed: September 9, 2014<br>FAC Filed: November 12, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

DEF RASIER'S CONSENT TO PROCEED
BEFORE MAG. NATHANAEL COUSINS

Case No. 3:14-cv-04086-NC

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE NATHANAEL COUSINS:**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Nathanael Cousins conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 3, 2014

/s/ Andrew M. Spurchise
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Firmwide:130429239.1 073208.1034

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF RASIER'S CONSENT TO PROCEED BEFORE MAG. NATHANAEL COUSINS    1.    Case No. 3:14-cv-04086-NC