1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
3  EMILY E. O'CONNOR, Bar No. 279400
   eoconnor@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendants
8  UBER TECHNOLOGIES, INC.,
   RASIER, LLC, AND RASIER-CA, LLC
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  NATIONAL FEDERATION OF THE          Case No.  3:14-cv-04086-NC
    BLIND OF CALIFORNIA, MICHAEL
14  KELLY, MICHAEL HINGSON, and         **DEFENDANTS RASIER, LLC AND
    MICHAEL PEDERSEN,                   RASIER-CA, LLC'S CERTIFICATION OF
15                                      INTERESTED ENTITIES OR PERSONS**
                   Plaintiffs,
16
          v.
17                                      Trial Date:  None set.
    UBER TECHNOLOGIES, INC., RASIER,    Complaint Filed:  September 9, 2014
18  LLC, and RASIER-CA, LLC,            FAC Filed: November 12, 2014

19                  Defendants.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

DEF RASIER'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Case No. 3:14-cv-04086-NC

1        Pursuant to Civil L.R. 3-15, the undersigned certifies that, other than the named parties to

2   this action, there are no persons, associations of person, firms, partnerships, corporations (including

3   parent corporations) or other entities that (i) have a financial interest in the subject matter in

4   controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in

5   a party that could be substantially affected by the outcome of the proceeding.

6

7   Dated: December 3, 2014

8

9                                  /s/ Andrew M. Spurchise

10                                 ANDREW M. SPURCHISE
                               LITTLER MENDELSON, P.C.

11                                 Attorneys for Defendants
                               UBER TECHNOLOGIES, INC., RASIER,

12                                 LLC, AND RASIER-CA, LLC

13

14

15

16

17  Firmwide:130428987.1 073208.1034

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940