| | |
|---|---|
| 1 | JOHN C. FISH, Jr., Bar No. 160620 |
|   | jfish@littler.com |
| 2 | ANDREW M. SPURCHISE, Bar No. 245998 |
|   | aspurchise@littler.com |
| 3 | EMILY E. O'CONNOR, Bar No. 279400 |
|   | eoconnor@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
|   | 650 California Street |
| 5 | 20th Floor |
|   | San Francisco, California  94108.2693 |
| 6 | Telephone:   415.433.1940 |
|   | Facsimile:   415.399.8490 |

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, AND RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN, | Case No.  3:14-cv-04086-NC |
| | **DEFENDANTS RASIER, LLC AND RASIER-CA, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | Trial Date:  None set. |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC, | Complaint Filed:  September 9, 2014 |
| | FAC Filed: November 12, 2014 |
| Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEF RASIER'S CORPORATE DISCLOSURE STATEMENT

Case No. 3:14-cv-04086-NC

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Rasier, LLC and Rasier-CA, LLC makes the following corporate disclosures:

1. Rasier, LLC is a wholly owned subsidiary of Uber Technologies, Inc.
2. Rasier-CA, LLC is a wholly owned subsidiary of Uber Technologies, Inc.

Dated: December 3, 2014

/s/ *Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC

Firmwide:130428675.1 073208.1034

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF RASIER'S CORPORATE DISCLOSURE STATEMENT    1.    Case No. 3:14-cv-04086-NC