JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
RASIER, LLC, RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC,<br><br>Defendant. | Case No. 3:14-cv-04086-NC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING INITIAL DISCLOSURE AND JOINT INSPECTION DEADLINES;** [PROPOSED] **ORDER**<br><br>Trial Date: None set.<br>Complaint Filed: September 9, 2014<br>FAC Filed: November 12, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIP REQ FOR ORDER CHANGING TIME; [PROPOSED] ORDER

Case No. 3:14-cv-04086-NC

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to extend the time for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants") and Plaintiffs National Federation of the Blind of California, Michael Kelly, Michael Hingson and Michael Pedersen ("Plaintiffs") to complete initial disclosures and to hold the joint inspection meeting. Pursuant to the Court's September 11, 2013 Scheduling Order, the last day for the parties to hold the joint inspection meeting is December 23, 2014. The last day for the parties to complete initial disclosures is seven days prior to the joint inspection meeting. The parties hereby stipulate to extend the initial disclosure and joint inspection meeting deadlines as follows:

| Date | Event |
|---|---|
| 7 days before joint inspection | Last day for parties to complete initial disclosures |
| 21 days after Court's ruling on Defendants' motion to dismiss | Last day for parties and counsel to hold joint inspection |

The change of time is requested to permit resolution of Defendants' motion to dismiss, filed on December 3, 2014, prior to commencing the exchange of information and the joint inspection and review process. This request is not made for purposes of unnecessary delay and no party will be prejudiced by the granting of this request. Previously, the parties stipulated to a one week extension for Defendant Uber Technologies, Inc. to file a responsive pleading to the initial Complaint in this action.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATED REQ FOR ORDER CHANGING TIME; [PROPOSED] ORDER

1.

Case No. 3:14-cv-04086-NC

Dated: December 12, 2014         /s/ Andrew M. Spurchise
                                 ANDREW M. SPURCHISE
                                 LITTLER MENDELSON, P.C.
                                 Attorneys for Defendants
                                 UBER TECHNOLOGIES, INC., RASIER, LCC,
                                 RASIER-CA, LLC


Dated: December 12, 2014         /s/ Michael Nunez
                                 MICHAEL NUNEZ
                                 DISABILITY RIGHTS ADVOCATES
                                 Attorneys for Plaintiffs
                                 NATIONAL FEDERATION OF THE BLIND
                                 OF CALIFORNIA, MICHAEL KELLY,
                                 MICHAEL HINGSON, MICHAEL PEDERSEN


PURSUANT TO STIPULATION, IT IS SO ORDERED, this 12 day of December, 2014.

HONORABLE _____

IT IS SO ORDERED
/s/ Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:130544567.1 073208.1034

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQ FOR ORDER
CHANGING TIME; [PROPOSED] ORDER         2.         Case No. 3:14-cv-04086-NC