LAURENCE PARADIS (CA BAR NO. 122336)
MICHAEL NUNEZ (CA BAR NO. 280535)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       lparadis@dralegal.org
Email:       mnunez@dralegal.org

TIMOTHY ELDER (CA BAR NO. 277152)
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:   (410) 415-3493
Facsimile:   (888) 718-0617

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC,<br><br>Defendants. | Case No. 3:14-cv-4086 NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1. Pursuant to Civil L. R. 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully request and stipulate to a continuance of the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint from February 11, 2015 to March 3, 2015 at 1:00pm at the San Francisco courthouse.

Plaintiffs filed their First Amended Complaint on November 12, 2014 and served it on all parties by November 14, 2014. Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint and/or For a More Definite Statement (Dkt. No. 25) on December 3, 2014, with the hearing noticed for February 5, 2015. On January 20, 2015, the hearing was continued to February 11, 2015 at 1:00pm in San Jose (Dkt. No. 31).

The Parties have conferred and, to avoid logistical and scheduling difficulties associated with holding the hearing on February 11 in San Jose, request that the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and/or For a More Definite Statement be continued to March 3, 2015 at 1:00pm at the San Francisco courthouse.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 23, 2015

LITTLER MENDELSON P.C.

By: /s/ *[signature]*
EMILY E. O'CONNOR
Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA LLC

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

Dated: January 26, 2015                    DISABILITY RIGHTS ADVOCATES

By: _____/s/_____
MICHAEL NUNEZ
Attorneys for Plaintiffs
NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, AND MICHAEL PEDERSEN

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Michael S. Nunez, attest that concurrence in the filing of this document has been obtained.

_____/s/_____
Michael S. Nunez

---

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
**Case No. 3:14-CV-4086**
**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

4   Dated:  January 26, 2015

GRANTED

Judge Nathanael M. Cousins

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES*
Case No. 3:14-CV-4086
**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**