LAURENCE PARADIS (CA BAR NO. 122336)
AARON B. ZISSER (Pro hac vice pending)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       lparadis@dralegal.org
             azisser@dralegal.org

TIMOTHY ELDER (CA BAR NO. 277152)
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:   (410) 415-3493
Facsimile:   (888) 718-0617

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC,<br><br>Defendants. | **Case No. 3:14-cv-4086 NC**<br><br>**DECLARATION OF AARON B. ZISSER IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

I, Aaron B. Zisser, declare:

1. In addition to the declarations made in the Application for Admission of Attorney Pro Hac Vice, I am eligible for *pro hac vice* appearance under Civil Local Rule 11-3(b) because:

   a) I have lived in California for less than a year;

   b) I have registered with, and completed all required applications for admission to, the State Bar of California. I am awaiting a moral character determination; and

   c) I have taken and passed the July 2013 California State Bar exam.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 28, 2015, in Berkeley, California.

DATED: April 28, 2015

                                                                                                               /s/
                                                            Aaron B. Zisser

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et. al.*
**Case No. 3:14-CV-4086**
**DECLARATION OF AARON B. ZISSER**