LAURENCE PARADIS (CA BAR NO. 122336) (lparadis@dralegal.org)
JULIA MARKS (CA BAR No. 300544) (jmarks@dralegal.org)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716

TIMOTHY ELDER (CA BAR NO. 277152) (telder@trelegal.com)
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:     (410) 415-3493
Facsimile:     (888) 718-0617

MICHAEL BIEN (CA BAR NO. 96891) (mbien@rbgg.com)
MICHAEL NUNEZ (CA BAR NO. 280535) (mnunez@rbgg.com)
Rosen Bien Galvan & Grunfeld
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Phone:         (415) 433-6830
Fax:           (415) 433-7104

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN,<br><br>   Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC,<br><br>   Defendants. | **Case No. 3:14-cv-4086 NC**<br><br>**JOINT STIPULATION AND ORDER TO SUBSTITUTE PRIVATE MEDIATION AND CONTINUE THE CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Civil Local Rules 6-2 and 7-12, General Order No. 56, and ADR Local Rule
2 3-4, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the
3 following stipulation to substitute private ADR for the Court ADR program and to continue the
4 Case Management Conference, in the above-captioned litigation.

5    The parties held a joint site inspection, and met and conferred regarding potential
6 resolution of the action, on May 8, 2015. The parties have not reached an agreement to resolve
7 this action.

8    In accordance with General Order No. 56, the matter should be set for mediation. The
9 parties have agreed to use private mediation, and request judicial approval to substitute private
10 mediation for Court ADR, pursuant to ADR Rule 3-4. The parties are in the process of selecting
11 a mutually-agreed-upon mediator and mediation date. It is anticipated that the mediation will be
12 held no later than 60 days from the date of approval of this stipulation and proposed order, which
13 is within the time frame for mediation laid out in General Order No. 56, ¶ 7. In addition, the
14 parties will continue to exchange information necessary to facilitate an effective mediation
15 without undue delay of this matter. Uber will also make certain staff available for further
16 inspection prior to the mediation.

17    The Case Management Conference is currently scheduled for June 3, 2015, at 10:00am.
18 The parties request that the Case Management Conference be postponed until after the parties
19 engage in mediation. The parties request that the Case Management Conference be scheduled for
20 August 5, 2015, or as soon thereafter as the Court is available, and that the Joint Case
21 Management Statement shall be due 7 days prior to the Case Management Conference.

22    Thus, the parties agree to and stipulate to the following:

23    1.    The parties will engage in continued informal disclosures and private mediation
24 no later than 60 days from the date of approval of this stipulation and proposed order;

25    2.    The Case Management Conference will be rescheduled to August 5, 2015, or as
26 soon thereafter as the Court is available;

27
28

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et al.*,
**Case No. 3:14-CV-4086-NC**
**JOINT STIPULATION AND ORDER TO SUBSTITUTE PRIVATE MEDIATION AND CONTINUE THE CASE MANAGEMENT CONFERENCE**

*[2716566-2]*

3. The Joint Case Management Statement shall be due 7 days prior to the Case Management Conference.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 27, 2015

        LITTLER MENDELSON, P.C.

        By:    /s/
        Andrew M. Spurchise
        Attorneys for Defendants
        UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA LLC

Dated: May 27, 2015

        DISABILITY RIGHTS ADVOCATES

        By:    /s/
        Julia Z. Marks
        Attorneys for Plaintiffs
        NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, AND MICHAEL PEDERSEN

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et al.*,
**Case No. 3:14-CV-4086-NC**
**JOINT STIPULATION AND ORDER TO SUBSTITUTE PRIVATE MEDIATION AND CONTINUE THE CASE MANAGEMENT CONFERENCE**

*[2716566-2]*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Julia Z. Marks, attest that concurrence in the filing of this document has been obtained.

/s/
Julia Z. Marks

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et al.*,
**Case No. 3:14-CV-4086-NC**
**JOINT STIPULATION AND ORDER TO SUBSTITUTE PRIVATE MEDIATION AND CONTINUE THE CASE MANAGEMENT CONFERENCE**

*[2716566-2]*

1  **The case management conference is continued to August 5, 2015 at 10:00 a.m. in Courtroom D, 15th Floor, San Francisco. An updated joint case management statement is due 7 days prior to the case management conference.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: May 27, 2015



_____
NATHANAEL  
United  
Northern

*Judge Nathanael M. Cousins*  
GRANTED
DISABILITY RIGHTS ADVOCATES  
2001 CENTER STREET, FOURTH FLOOR  
BERKELEY, CALIFORNIA 94704-1204  
(510) 665-8644

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et al.,*
**Case No. 3:14-CV-4086-NC**
**JOINT STIPULATION AND ORDER TO SUBSTITUTE PRIVATE MEDIATION AND CONTINUE THE CASE MANAGEMENT CONFERENCE**

*[2716566-2]*