LAURENCE PARADIS (CA BAR NO. 122336) (lparadis@dralegal.org)
JULIA MARKS (CA BAR No. 300544) (jmarks@dralegal.org)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716

TIMOTHY ELDER (CA BAR NO. 277152)
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:   (410) 415-3493
Facsimile:   (888) 718-0617
Email:       telder@trelegal.com

MICHAEL BIEN (CA BAR NO. 96891) (mbien@rbgg.com)
MICHAEL NUNEZ (CA BAR NO. 280535) (mnunez@rbgg.com)
Rosen Bien Galvan & Grunfeld
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Phone:   (415) 433-6830
Fax:     (415) 433-7104

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC,<br><br>　　　　　Defendants. | **Case No. 3:14-cv-04086-NC**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:   Honorable Magistrate Judge Nathanael Cousins |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3  DATED: July 14, 2015
4
5  DISABILITY RIGHTS ADVOCATES
6
7  _____
8  Larry Paradis
   Attorneys for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644