UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No.14-cv-04086-NC <br><br> **SCHEDULING ORDER** <br><br> Re: Dkt. No. 50 |

The Court has reviewed the Joint Case Management Statement.  In the interest of securing the just, speedy, and inexpensive determination of this action under Federal Rule of Civil Procedure 1, the Court rules as follows:

1) Fact discovery is open and the parties should not delay in propounding discovery.

2) The case schedules proposed by both parties are excessively long.  The Court suggests trial be set January 11, 2016, or April 18, 2016.  The parties must confer with each other and pick one of those dates, or explain why the case cannot be ready by April 2016.

//

Case No.:14-cv-04086-NC

3) To allow a short period for the parties to confer on trial dates, while initiating discovery and participating in mediation, the CMC is continued to August 19, 2015, 10:00 a.m. in San Francisco Courtroom D.  Updated CMC statements due August 12.  If any party wishes to participate by telephone, please state so in the CMC statement.

**IT IS SO ORDERED.**

Dated:  July 30, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge