LAURENCE PARADIS (CA BAR NO. 122336) (lparadis@dralegal.org)
JULIA MARKS (CA BAR NO. 300544) (jmarks@dralegal.org)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716

TIMOTHY ELDER (CA BAR NO. 277152)
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:    (410) 415-3493
Facsimile:    (888) 718-0617
Email:        telder@trelegal.com

MICHAEL BIEN (CA BAR NO. 96891) (mbien@rbgg.com)
MICHAEL NUNEZ (CA BAR NO. 280535) (mnunez@rbgg.com)
Rosen Bien Galvan & Grunfeld
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Phone:    (415) 433-6830
Fax:      (415) 433-7104

*Attorneys for Plaintiffs*

(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER LLC, and RASIER-CA, LLC,<br><br>Defendants. | Case Number: 3:14-cv-4086 NC<br><br>UPDATED JOINT CASE MANAGEMENT STATEMENT |

1  JOHN C. FISH, Jr., Bar No. 160620 (jfish@littler.com)
2  ANDREW M. SPURCHISE, Bar No. 245998 (aspurchise@littler.com)
   EMILY E. O'CONNOR, Bar No. 279400 (eoconnor@littler.com)
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, CA 94108-2693
5  Telephone:    (415) 433-1940
6  Facsimile:    (415) 399-8490
   *Attorneys for Defendants*
7  UBER TECHNOLOGIES, INC.,
   RASIER, LLC AND RASIER-CA, LLC
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UPDATED JOINT CASE MANAGEMENT STATEMENT**

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT to update the Court on the parties' settlement negotiations. As discussed in the parties' previous Joint Case Management Statement filed with the Court on July 29, the parties attended a mediation session before Hon. Jamie Jacobs-May on August 10.

At this time, the parties have agreed to continue dialogue with the goal of agreeing to terms of a settlement agreement within the next thirty days. The parties have reached agreement in principle on numerous issues in dispute, but additional negotiation of specific terms and additional issues is needed. The parties respectfully request that the current date of the Case Management Conference be postponed by 30 days to allow for the remaining negotiations to be completed.

The parties respectfully request that the Court set trial for April 18, 2016.

DISABILITY RIGHTS ADVOCATES

Dated: 8/12/2015    /s/
Laurence Paradis
Attorneys for Plaintiffs
NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, AND MICHAEL PEDERSEN

LITTLER MENDELSON, P.C.

Dated: 8/12/2015    /s/
Andrew Spurchise
Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER LLC, AND RASIER-CA LLC

1

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et al.*,
Case No. 3:14-CV-4086-NC
UPDATED JOINT CASE MANAGEMENT STATEMENT

1 | FILER'S ATTESTATION

2 |     Pursuant to Civil Local Rule 5-1(i), I, Julia Marks, attest that concurrence in the filing of
3 | this document has been obtained.

5 |                                                     _____/s/_____
6 |                                                     Julia Marks

**2**

*NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al. v. UBER TECHNOLOGIES, et al.*,
Case No. 3:14-CV-4086-NC
UPDATED JOINT CASE MANAGEMENT STATEMENT