UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.14-cv-04086-NC<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 52 |

The Court has reviewed the Updated Joint Case Management Statement and orders the following:

1) The case management conference is continued to September 30, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor San Jose. Updated joint case management statement due September 23. The parties may participate by telephone and must contact the Courtroom Deputy at 408.535.5343 in advance of the CMC.

2) Pretrial Conference will be held on April 6, 2016 at 2:00 p.m. in Courtroom D, 15th Floor, San Francisco.

3) Jury Trial will be held on April 18, 2016 at 9:00 a.m. in Courtroom D, 15th Floor, San Francisco.

**IT IS SO ORDERED.**

Dated:  August 13, 2015                        _____
                                               NATHANAEL M. COUSINS
                                               United States Magistrate Judge

Case No.:14-cv-04086-NC