UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No.14-cv-04086-NC <br><br> **SUPPLEMENTAL CASE SCHEDULING ORDER; RESETTING CMC FROM SEPTEMBER 30 TO NOVEMBER 4** <br><br> Re: Dkt. No. 54 |

The Court has reviewed the Updated Joint Case Management Statement filed September 23, 2015. In the interest of securing the just, speedy, and inexpensive determination of this action under Federal Rule of Civil Procedure 1, the Court rules as follows:

1) Previously set deadlines remain in place, including pretrial conference 4/6/2016 and trial 4/18/2016. As a reminder, fact discovery is open and the parties should not delay in propounding discovery.

2) Court sets the following limits on discovery per side, which may be adjusted by the Court on a showing of good cause: depositions 15; interrogatories 50; admissions 50.

3) CMC for 9/30/2015 is VACATED. A further CMC will be held 11/4/2015, 10:00 a.m. in San Francisco courtroom D, floor 15. Updated joint CMC

Case No.:14-cv-04086-NC

statement due 10/28/2015.  The Court will inquire into the diligence of propounding and responding to discovery.

4) Close of fact discovery: 1/8/2016

5) Last day for expert reports: 2/5/2016

6) Close of expert discovery: 2/19/2016

7) Last day to hear dispositive motions: 3/9/2016

**IT IS SO ORDERED.**

Dated:  September 24, 2015  _____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:14-cv-04086-NC          2