UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 14-cv-04086-NC<br><br>**ORDER REQUESTING AMICUS UNITED STATES OF AMERICA TO RESPOND TO SETTLEMENT** |

Earlier in this case, the United States appeared as an amicus and commented on the motion to dismiss. Now, the parties have filed a class action settlement and seek preliminary approval of the settlement. The Court requests that the United States comment on the proposed settlement by June 8, 2016.

**IT IS SO ORDERED.**

Dated: May 9, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.14-cv-04086-NC