1   JOHN C. FISH, Jr., Bar No. 160620
    jfish@littler.com
2   ANDREW M. SPURCHISE, Bar No. 245998
    aspurchise@littler.com
3   EMILY E. O'CONNOR, Bar No. 279400
    eoconnor@littler.com
4   LITTLER MENDELSON, P.C.
    333 Bush Street
5   34th Floor
    San Francisco, California  94104
6   Telephone:    415.433.1940
    Facsimile:    415.399.8490
7
    Attorneys for Defendants
8   UBER TECHNOLOGIES, INC.,
    RASIER, LLC, AND RASIER-CA, LLC
9

**DENIED**
*[signature]*
Judge Nathanael M. Cousins

10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12

13  | NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSEN, | Case No.  3:14-cv-04086-NC |

Plaintiffs,

**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT PRELIMINARY APPROVAL HEARING**

v.

Date: June 16, 2016
Time: 1:00 p.m.
Location: San Francisco, Courtroom 15

UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-CA, LLC,

Complaint Filed:  September 9, 2014
FAC Filed: November 12, 2014

Defendants.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

DEFS' REQUEST FOR TELEPHONIC APPEARANCE

Case No. 3:14-cv-04086-NC

ANDREW M. SPURCHISE, lead counsel for Defendants' Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC ("Defendants"), hereby respectfully requests permission from the Court to appear telephonically at the hearing on the parties' Joint Motion for Preliminary Approval of Class Action Settlement scheduled for Thursday, June 16, 2016 at 1:00 p.m. in the above-captioned case. Mr. Spurchise relocated to New York State in August 2015. As lead counsel for Defendants, Mr. Spurchise is most familiar with the terms of the parties' settlement agreement as well as with the matter's settlement history generally. Defendants believe it would be most productive, and most efficient, for Mr. Spurchise, as lead counsel, to attend by telephone if at all possible.

Dated: June 2, 2016

*/s/ Andrew M. Spurchise*
ANDREW M. SPURCHISE
EMILY E. O'CONNOR
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-CA, LLC

Firmwide:140757102.1 073208.1034

DEFS' REQUEST FOR TELEPHONIC APPEARANCE  2.  Case No. 3:14-cv-04086-NC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940