UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, et al., Plaintiffs, v. UBER TECHNOLOGIES, INC., Defendant. | Case No.14-cv-04086-NC  **ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS** |
|---|---|

The Court previously found that plaintiffs were entitled to their attorneys' fees and costs as requested, with a multiplier of 1.5. Dkt. No. 139. Having considered plaintiffs' proposed order and Uber's objections (dkt. nos. 142, 143), the Court awards the following to be paid within thirty days:

| Category | Amount |
|---|---|
| Attorneys' Fees (not related to fee request) | $1,589,124.00 |
| 1.5 Multiplier Enhancement | $794,562.00 |
| Costs | $13,447.14 |
| Attorneys' Fees (related to fee request through September 9, 2016) | $87,938.00 |
| **Total** | **$2,485,071.14** |

Case No.14-cv-04086-NC

**IT IS SO ORDERED.**

Dated:  December 15, 2016          _____
                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge