STUART SEABORN – Cal. Bar No. 198590
MELISSA RIESS – Cal. Bar No. 295959
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
TTY:        (510) 665-8716
Email:      sseaborn@dralegal.org
            mriess@dralegal.org

TIMOTHY ELDER – Cal. Bar No. 277152
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California 94536
Telephone:  (410) 415-3493
Facsimile:  (888) 718-0617
Email:      telder@trelegal.com

MICHAEL W. BIEN – Cal. Bar No. 096891
ERNEST GALVAN – Cal. Bar No. 196065
MICHAEL S. NUNEZ – Cal. Bar No. 280535
CARA E. TRAPANI – Cal. Bar No. 313411
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      mbien@rbgg.com
            egalvan@rbgg.com
            mnunez@rbgg.com
            ctrapani@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:14-cv-04086-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE BRIEFING SCHEDULE**<br><br>Judge:  Hon. Nathanael Cousins<br><br>Trial Date:  None Set |

Pursuant to Civil Local Rule 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation to modify the briefing schedule set by this Court's minute order of May 26, 2018 (Dkt. No. 169) on the grounds that the parties are continuing to negotiate an agreement on Plaintiffs' claim for attorneys' fees and costs for the first year of monitoring in this matter.  Such an agreement would obviate the need for briefing.  To allow time to conclude the agreement, the parties agree to and stipulate to the following schedule:

1. Plaintiffs to file motion for attorneys' fees and costs no later than July 20, 2018.

2. Uber shall file its opposition no later than three weeks after Plaintiffs file their motion for attorney's fees and costs.

3. Plaintiffs shall file their reply no later than three weeks after Uber files its opposition.

IT IS SO STIPULATED.

DATED:  July 13, 2018                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Ernest Galvan
    Ernest Galvan

Attorneys for Plaintiffs

DATED:  July 13, 2018                LITTLER MENDELSON P.C.

By: /s/ Emily O'Connor
    Emily O'Connor

Attorneys for Defendant

/ / /

/ / /

1  / / /
2  / / /
3  / / /
4  / / /
5       Pursuant to Civil Local Rule 5-1(i), I, Ernest Galvan, attest that concurrence in the
6  filing of this document has been obtained.
7
8  DATED: July 13, 2018            */s/ Ernest Galvan*
                                        Ernest Galvan
9
10       Pursuant to stipulation, IT IS ORDERED.
11
12  DATED: _____, 2018
13                                          Honorable Nathanael M. Cousins
                                        United States Magistrate Judge