STUART SEABORN – Cal. Bar No. 198590
MELISSA RIESS – Cal. Bar No. 295959
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California  94704-1204
Telephone:	(510) 665-8644
Facsimile:	(510) 665-8511
TTY:	(510) 665-8716
Email:	sseaborn@dralegal.org
	mriess@dralegal.org

TIMOTHY ELDER – Cal. Bar No. 277152
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536
Telephone:	(410) 415-3493
Facsimile:	(888) 718-0617
Email:	telder@trelegal.com

MICHAEL W. BIEN – Cal Bar No. 096891
ERNEST GALVAN  – Cal. Bar No. 196065
MICHAEL S. NUNEZ – Cal. Bar No. 280535
CARA E. TRAPANI – Cal. Bar No. 313411
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104
Email:	mbien@rbgg.com
	egalvan@rbgg.com
	mnunez@rbgg.com
	ctrapani@rbgg.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, NATIONAL FEDERATION  OF THE BLIND OF CALIFORNIA, MICHAEL KELLY, MICHAEL HINGSON, and MICHAEL PEDERSON,<br><br>                Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | **Case No. 3:14-cv-04086-NC**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:   Honorable Magistrate Judge Nathaniel Cousins |

[3310782.1]

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

Pursuant to Northern District's Civil Local Rule 3-11(a), Michael S. Nunez, Ernest Galvan, Cara Trapani, and Michael W. Bien, counsel of record for Plaintiffs, submit this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

>   Michael W. Bien
>   Ernest Galvan
>   Michael S. Nunez
>   Cara Trapani
>   Rosen Bien Galvan & Grunfeld LLP
>   101 Mission Street, Sixth Floor
>   San Francisco, CA  94105-1738

DATED: October 15, 2018          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael S. Nunez*
      Michael S. Nunez

Attorney for Plaintiffs