STUART SEABORN – Cal. Bar No. 198590
MELISSA RIESS – Cal. Bar No. 295959
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
TTY:  (510) 665-8716
Email:  sseaborn@dralegal.org
         mriess@dralegal.org

TIMOTHY ELDER – Cal. Bar No. 277152
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California 94536
Telephone:  (410) 415-3493
Facsimile:  (888) 718-0617
Email:  telder@trelegal.com

MICHAEL W. BIEN – Cal. Bar No. 096891
ERNEST GALVAN – Cal. Bar No. 196065
MICHAEL S. NUNEZ – Cal. Bar No. 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  mbien@rbgg.com
         egalvan@rbgg.com
         mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL HINGSON, and MICHAEL PEDERSON,<br><br>            Plaintiffs,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 3:14-cv-04086-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR PLAINTIFFS' MOTION RE FEES AND COSTS**<br><br>Judge:  Hon. Nathanael Cousins<br><br>Trial Date:  None Set |

1    Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of
2 their respective clients, hereby respectfully submit the following stipulation to modify the
3 briefing schedule for Plaintiffs' motion for attorneys' fees, costs, and expenses established
4 by this Court's Minute Order ECF No. 181.  Plaintiffs will file their fee motion should the
5 parties fail to reach a negotiated resolution of Plaintiffs' second claim for attorneys' fees
6 and costs for work monitoring Uber's compliance with the Settlement Agreement and
7 Release (Apr. 29, 2016), ECF No. 84-1 ("Settlement").
8    The parties request that the Court modify the briefing schedule by extending the
9 deadline for Plaintiffs to file their fee motion by one week to July 12.  Due to the holiday
10 and the press of other litigation, more time is required for final checks of the application
11 and its supporting declarations.  The Court has previously approved similar modifications
12 to the briefing schedule for Plaintiffs' fee claims.  Order granting [180] Stipulation
13 (Jun. 13, 2019), ECF No. 181 ("June 13, 2019 Order") (extending filing deadline by one
14 week); Order granting [170] Stipulation, ECF No. 171 (Jul. 16, 2018) ("July 16, 2018
15 Order") (extending by one week the deadline to file Plaintiffs' fee motion based on
16 Plaintiffs' previous annual fee claim).
17    Modifying the briefing schedule would not affect implementation of the Settlement
18 and Class Counsel's monitoring work, just as modifying the schedule for briefing
19 Plaintiffs' previous fee claim did not affect settlement implementation and monitoring.
20 July 16, 2018 Order.  This year Plaintiffs requested, and the Court ordered, a schedule to
21 brief a fee motion to resolve their second annual claim for attorneys' fees, costs, and
22 expenses.  Order Granting [176] Administrative Motion Setting Briefing Schedule (May
23 27, 2019), ECF No. 179.  The parties stipulated to, and the Court ordered, an extension and
24 modification of that briefing schedule.  June 13, 2019 Order.  In 2018, the parties
25 requested, and the Court ordered, three extensions of the period to negotiate Plaintiffs' first
26 claim for attorneys' fees and costs, a schedule to brief a motion for attorneys' fees and
27 costs to resolve that claim, and an extension of that briefing schedule.  July 16, 2018
28 Order; Order granting [168] Stipulation (May 26, 2018), ECF No. 169; Order (May 11,

1                                Case No. 3:14-cv-04086-NC
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR
PLAINTIFFS' MOTION RE FEES AND COSTS

[3407738.1]

2018), ECF No. 167; Order Granting (163) Stipulation (Apr. 27, 2018), ECF No. 164. The parties have not requested, and the Court has not ordered, any other modifications to the schedule in this case since the Settlement became effective.

The parties therefore agree to and stipulate to the following schedule:

1. If the parties are unable to negotiate a resolution of Plaintiffs' claim for attorneys' fees and costs, Plaintiffs shall file their motion for attorneys' fees and costs no later than July 12, 2019.

2. Uber shall file its opposition no later than four weeks after Plaintiffs file their motion for attorneys' fees and costs.

3. Plaintiffs shall file their reply no later than three weeks after Uber files its opposition.

IT IS SO STIPULATED.

DATED:  July 5, 2019          Respectfully submitted,

                              ROSEN BIEN GALVAN & GRUNFELD LLP

                              By: */s/ Michael S. Nunez*
                                  Michael S. Nunez

                              Attorneys for Plaintiffs

DATED:  July 5, 2019          LITTLER MENDELSON P.C.

                              By: */s/ Andrew M. Spurchise*
                                  Andrew M. Spurchise

                              Attorneys for Defendant

/ / /

/ / /

/ / /

/ / /

1    Pursuant to Civil Local Rule 5-1(i), I, Michael S. Nunez, attest that concurrence in
2 the filing of this document has been obtained.

3

4 DATED:  July 5, 2019            */s/ Michael S. Nunez*
                                   Michael S. Nunez
5

6    Pursuant to stipulation, IT IS SO ORDERED.

7

8 DATED: _____
                                   Honorable Nathanael Cousins
9                                  United States Magistrate Judge

[3407738.1]

3                                   Case No. 3:14-cv-04086-NC
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR
PLAINTIFFS' MOTION RE FEES AND COSTS