STUART SEABORN – Cal. Bar No. 198590
MELISSA RIESS – Cal. Bar No. 295959
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       sseaborn@dralegal.org
             mriess@dralegal.org

TIMOTHY ELDER – Cal. Bar No. 277152
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California 94536
Telephone:   (410) 415-3493
Facsimile:   (888) 718-0617
Email:       telder@trelegal.com

MICHAEL W. BIEN – Cal. Bar No. 096891
ERNEST GALVAN – Cal. Bar No. 196065
MICHAEL S. NUNEZ – Cal. Bar No. 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       mbien@rbgg.com
             egalvan@rbgg.com
             mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, NATIONAL FEDERATION OF THE BLIND OF CALIFORNIA, MICHAEL HINGSON, and MICHAEL PEDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:14-cv-04086-NC<br><br>**EXHIBITS 1 AND 2 TO THE DECLARATION OF KRISTOPHER A. NELSON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:   Hon. Nathanael Cousins<br><br>Trial Date:   None Set |

# Exhibit 1

| Month | Denial Reports |
|---|---|
| Feb 16-28, 2017[1] | 196 |
| Mar 2017 | 628 |
| Apr 2017 | 457 |
| May 2017 | 637 |
| Jun 2017 | 545 |
| Jul 2017 | 502 |
| Aug 2017 | 399 |
| Sep 2017 | 490 |
| Oct 2017 | 509 |
| Nov 2017 | 561 |
| Dec 2017 | 505 |
| Jan 2018 | 408 |
| Feb 2018 | 452 |
| Mar 2018 | 461 |
| Apr 2018 | 464 |
| May 2018 | 543 |
| Jun 2018 | 485 |
| Jul 2018 | 489 |
| Aug 2018 | 523 |
| Sep 2018 | 518 |
| Oct 2018 | 496 |
| Nov 2018 | 480 |
| Dec 2018 | 547 |

---

[1] February 16, 2017 was the first date for which Uber reported receiving service-animal-related service denial complaints in its complaint data reports.

# Exhibit 2

